

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIELA ITZEL CARRASCO, | § | No. 08-24-00336-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| JOSE HUMBERTO CARRASCO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCM4959) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2024.

GINA M. PALAFOX, Justice

November 7, 2024

Before Alley, C.J., Palafox, and Soto, JJ.